No. 09–11459. ELLIS ET AL. v. BROWN ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–11460. RAMOS v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11461. HUNT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 09–11462. SEALED PETITIONER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11463. MCAFFEE v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11464. RISKIN v. MARTEL, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11465. DE SANTANNA v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11466. SIMS v. MORTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11467. RAMON v. RODRIGUEZ-MENDOZA ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–11468. EBUZOEME, AKA OFURUM v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 09–11469. DURROUGH v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11470. CROSS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 09–11471. PIERCE v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11472. NAPA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11473. RICHARDSON v. MCHUGH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.